FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:06CR276-MHT |
| v. ) | [18 U.S.C. § 1546(a)] |
| ) | |
| JORGE ALBERTO GUTIERREZ-PEREZ ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 4, 2006, in Lee County, Alabama, in the Middle District of Alabama, the defendant

**JORGE ALBERTO GUTIERREZ-PEREZ,**

did knowingly utter, use, attempt to use, possess, obtain, accept, and receive an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL:

*/s/ James Dawn William*
Foreperson

1

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney