| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 27, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:36 - 10:40 |

√ INITIAL APPEARANCE
☐ DETENTION HEARING
☐ REMOVAL HEARING (Rule 5)
√ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:06CR-276-MHT-CSC**    DEFT. NAME: **JORGE ALBERTO GUTIERREZ-PEREZ**

USA: ~~CHRISTOPHER SNYDER~~ Andrew Schiff    ATTY: Kevin Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: _____

Defendant √ does ___ does NOT need an interpreter; NAME: **BEVERLY CHILDRESS**

☐ Kars.          Date of Arrest _____ or   ☐ Rule 5 Arrest
√ kia.           Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
√ Finaff.        Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ ORAL Motion for Appt. Of Counsel.
√ koappted       **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
☐ 20appt.        Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
☐                Deft. Advises he will retain counsel. Has retained _____
☐                Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
☐                Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** Set for _____
☐ kotempdtn.     **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.         **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.     Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.          ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
                 ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
√ Loc.(LC)       Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.            Deft. **ORDERED REMOVED** to originating district
☐ krmvhrg.       Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
☐ kwvprl.        Waiver of Preliminary hearing;
☐                Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
√ Karr.          ARRAIGNMENT SET FOR: _____  ☐ **HELD**. Plea of **NOT GUILTY** entered.
                 ☐ Trial Term 2/5/07 ☐ **PRETRIAL CONFERENCE DATE:** _____
                 ☐ **DISCOVERY DISCLOSURES DATE:** 12/27