IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 3:06cr276-MHT |
| ) | |
| **JORGE ALBERTO GUTIERREZ-PEREZ** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **JORGE ALBERTO GUTIERREZ-PEREZ**, in the above-styled case.

Dated this 10th day of January 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 3:06cr276-MHT |
| ) | |
| **JORGE ALBERTO GUTIERREZ-PEREZ** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138