**COURTROOM DEPUTY MINUTES**                                     DATE :  JANUARY 12, 2007

**MIDDLE DISTRICT OF ALABAMA**                              DIGITAL RECORDED: 1:31 - 1:32

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY          **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:06CR-276-MHT-CSC     **DEFENDANT NAME:** JORGE A. GUTIERREZ-PEREZ

### APPEARANCES

**GOVERNMENT**                                                 **DEFENDANT COUNSEL**

ATTY. ~~CHRISTOPHER SNYDER~~                      ATTY. KEVIN BUTLER
     Stephen Feaga

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:**

☑   **PLEA STATUS:** possible plea.

☑   **TRIAL STATUS:** 1 day to try case.

☐   **REMARKS:**