IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 3:06CR-276-MHT |
| ) | |
| JORGE ALBERTO GUTIERREZ-PEREZ ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #13) filed on January 19, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **January 23, 2007** at **9:30 a.m.,** in **Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 19th day of January, 2007.

　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE