IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 3:06CR-276-MHT |
| ) | |
| JORGE ALBERTO GUTIERREZ-PEREZ ) | |

**ORDER**

For good cause, it is hereby

**ORDERED** that the defendant's change of plea hearing presently set for **January 23, 2007** at **9:30 a.m.,** in **Courtroom 4B**, be and is hereby **RESET to 1:15 p.m. in Courtroom 5-B,** United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 22nd day of January, 2007.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE