| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: January 23, 2007 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:12 - 2:32 | |
| | COURT REPORTER: Risa Entrekin | |

☐ ARRAIGNMENT    √ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr276-MHT    **DEFENDANT NAME:** Jorge Alberto Gutierrez-Perez
**AUSA:** Christopher Snyder    **DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Sandra Wood

Interpreter present? ( )NO; ( √ )YES    Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ **Not Guilty**
√ **Guilty as to:**
  √ **Count(s):** 1 of the Indictment
  ☐ **Count(s):**    ☐ dismissed on oral motion of USA
        ☐ to be dismissed at sentencing

√ Written plea agreement filed    ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**    ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
  ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:    ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel