IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 3:06cr276-MHT |
| ) | |
| JORGE ALBERTO GUTIERREZ-PEREZ ) | |

**DEFENDANT'S MOTION FOR IMMEDIATE SENTENCING**

**COMES NOW** the Defendant, **JORGE ALBERTO GUTIERREZ-PEREZ,** by and through undersigned counsel, Kevin L. Butler, and respectfully requests that his sentencing be conducted as soon as possible. In support thereof, Mr. Guitierrez-Perez would show:

1. On January 23, 2007, Mr. Gutierrez-Perez entered a plea of guilty to the single count charged in the indictment.

2. On March 19, 2007, undersigned counsel received a copy of the PSI Report from United States Probation Office. The defendant, through undersigned counsel, waives any objections to the PSI Report.

3. Because the draft PSI contains sufficient information to allow the Court to exercise its sentencing authority under 18 U.S.C. § 3553, pursuant to Fed. R. Crim. P. 32(b)(2), the defendant requests that sentencing be advanced. *See also*, Fed. R. Crim. P. 32(c)(1)(A)(ii).

Dated this 20th day of March 2007.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 3:06cr276-MHT |
| ) | |
| JORGE ALBERTO GUTIERREZ-PEREZ ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138