IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr276-MHT |
| JORGE ALBERTO GUTIERREZ-PEREZ | ) | |
| | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Jorge Alberto Gutierrez-Perez's motion for immediate sentencing (doc. no. 20) is granted.

(2) Defendant Gutierrez-Perez's sentencing, currently scheduled for April 19, 2007, is reset for March 28, 2007 at 8:30 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 23d day of March, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**