IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.                                                    )<br>)<br>JORGE ALBERTO GUTIERREZ- )<br>PEREZ                                            ) | CRIMINAL ACTION NO.<br>    3:06cr276-MHT |

ORDER

It is ORDERED as follows:

(1) Defendant Jorge Alberto Gutierrez-Perez's motion to continue sentencing (doc. no. 22) is granted.

(2) Defendant Gutierrez-Perez's sentencing, currently scheduled for March 28, 2007, is reset for April 19, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 28th day of March, 2007.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE